RECEIVED

OCT 1 6 2014

WEST ... E. CLERK
WEST ... T OF LOUISIANA
S... N, LOUISIANA
BY: ...

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

TROY DALE EVANGELISTA

VS.

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY &
CORRECTIONS, ET AL

CIVIL ACTION NO. 2:12-cv-1593-P

JUDGE DONALD E. WALTER

MAG. JUDGE KATHLEEN KAY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge
previously filed herein, and after an independent review of the record and noting the absence of
objections  thereto, and concurring with the Magistrate Judge's findings under the applicable
law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH
PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in
accordance with 28 U.S.C.1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

THUS DONE AND SIGNED in Chambers at Shreveport, Louisiana, this _16_ day of
_October_____, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE